# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff and Judgment Creditor,<br><br>　　v.<br><br>BONNY J. TOOMEY,<br><br>　　　　Defendant and Judgment Debtor.<br><br>AWOL ACADEMY, INC.,<br><br>(and its Successors and Assignees),<br><br>　　　　Garnishee. | Case No. 1:17-mc-00046-SAB<br><br>ORDER RE AMENDED STIPULATION OF CONTINUING GARNISHMENT (WAGES)<br><br>(ECF No. 8)<br><br>DEADLINE: NOVEMBER 9, 2017 |

On October 31, 2017, Plaintiff and Judgment Creditor, the United States of America ("Plaintiff"), filed a stipulation between the United States of America and Defendant and Judgment Debtor, Bonny Toomey, for writ of garnishment (wages). (ECF No. 7.) On November 1, 2017, Plaintiff filed an amended stipulation. (ECF No. 8.)

Upon review of the amended stipulation, the Court notes that the last sentence of the amended stipulation ends in the middle of a sentence. The original stipulation had a complete last sentence. The amended stipulation has cut out or removed the end of the sentence. It is

1

unclear whether the parties intended to change this last sentence from the one that was in the original stipulation.

Accordingly, IT IS HEREBY ORDERED that on or before November 9, 2017, Plaintiff shall file a second amended stipulation or if the amended stipulation (ECF No. 8) is correct, a notice addressing the last sentence of the amended stipulation.

IT IS SO ORDERED.

Dated: **November 2, 2017**

UNITED STATES MAGISTRATE JUDGE