# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Judgment Creditor,<br><br>v.<br><br>BONNY J. TOOMEY,<br><br>    Defendant and Judgment Debtor.<br><br>AWOL ACADEMY, INC.,<br>(and its Successors and Assignees),<br><br>    Garnishee. | Case No. 1:17-mc-00046-SAB<br><br>**ORDER RE SECOND AMENDED STIPULATION RE WRIT OF GARNISHMENT**<br><br>**(ECF No. 10)** |

The Court, having reviewed the court files and the parties' Second Amended Stipulation Regarding Writ of Garnishment ("the Stipulation") (ECF No. 10), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS HEREBY ORDERED that:

1. The United States' application for an order of continuing garnishment of the wages of Judgment Debtor Bonny J. Toomey to withhold twenty-five percent (25%) of judgment debtor's non-exempt income is TERMINATED.

2. Within fifteen days of this order, AWOL ACADEMY, INC ("AWOL") shall DELIVER to the United States $9,304.00 in funds AWOL previously withheld from Defendant's wages pursuant to the writ of garnishment issued on July 6, 2017.

3. AWOL shall MAKE the ordered payments via cashier's check, money order or company

1

draft to the "Clerk of the Court" and deliver the payments to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814, AWOL shall also state the docket number (Case No.:2:96CR00063-EJG) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

4. Along with the payment, AWOL shall PROVIDE the United States a written accounting of the amounts previously withheld from Defendant's compensation.

5. Judgment Debtor shall make said payments payable to the "Clerk of the Court" and deliver the payments to the Office of the Clerk, United States District Court, Eastern District of California, 501 "I" Street, Room 4-200, Sacramento, CA 95814. Judgment Debtor shall also state the Case No.: 2:96CR00063-EJG on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

6. Judgment Debtor shall provide to the United States a fully completed financial statement with all required attachments upon request.

IT IS SO ORDERED.

Dated: **November 7, 2017**

_____
UNITED STATES MAGISTRATE JUDGE